AARON D. FORD
  Attorney General
KATLYN M. BRADY (Bar No. 14173)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., #3900
Las Vegas, Nevada  89101
(702) 486-0661 (phone)
(702) 486-3773 (fax)
Email: katlynbrady@ag.nv.gov

*Attorneys for Jeremy Bean*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BAILEY, | Case No.  2:19-cv-01021-GMN-DJA |
| Plaintiff, | |
| vs. | **DEFENDANT'S MOTION TO RESCHEDULE THE EARLY MEDIATION CONFERENCE (ECF NO. 9)** |
| JEREMY BEAN *et al.*, | |
| Defendants. | |

Defendant, Jeremy Bean, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Katlyn M. Brady, Deputy Attorney General, requests this Court reschedule the October 30, 2020 early mediation conference because of a State Holiday.

## I.    INTRODUCTION

Defendant respectfully requests this Court reschedule the October 30, 2020 early mediation conference. October 30, 2020, is the recognized state holiday known as Nevada Day.[1] Nevada state offices, including the Office of the Nevada Attorney General, are closed

_____

[1] Nevada day celebrates the date which Nevada was admitted to the Union and takes the place of Columbus Day for state workers.

and state employees are given the day off. Accordingly, Defendant respectfully requests this Court reschedule the early case conference.

## II.    BACKGROUND

Plaintiff is an inmate lawfully incarcerated in the Nevada Department of Corrections (NDOC). Plaintiff filed a civil rights complaint pursuant to §1983. ECF No. 5. This Court issued a screening order and permitted a retaliation claim and a conspiracy to commit retaliation claim to proceed. ECF No. 6. The Office of the Nevada Attorney General then submitted a limited notice of appearance for Defendant Jeremy Bean. ECF No. 6.

This Court then set the early mediation conference for October 30, 2020, at 8:30 a.m. ECF No. 9. However, October 30, 2020, is a State recognized holiday known as Nevada Day.[2] *See* http://hr.nv.gov/uploadedFiles/hrnvgov/Content/About/State%20Holidays.pdf . Accordingly, the Nevada Tort Fund Manager and NDOC client representatives are unavailable that day as it is a mandatory holiday. These individuals have the necessary settlement authority for this matter and are needed for the mediation.

To assist this Court, Defendant Bean provides the following alternative dates for the early medication conference:[3] November 20, 2020, at 1:30 p.m.; December 4, 2020, all day; December 11, 2020, all day; and December 18, 2020, all day.

## III.   LEGAL ARGUMENT

District courts have inherent power to control their dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Olivia v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992). Under Fed. R. Civ. P. 16(b)(a) "schedule shall not be modified except upon a showing of good cause and by leave of the district judge or, when authorized by local rule, by a magistrate judge."

Defendant Bean respectfully requests this Court reschedule the early mediation conference. October 30, 2020, is a state holiday and thus all state offices are closed. Further,

---

[2] The actual date of Nevada Day varies as it is always scheduled for the last Friday in October. Nevada actually became a state on October 31, 1884.
[3] The provided dates are all Fridays, which is the date set aside for southern early mediation conferences.

state employees are provided this day off and thus the early mediation conference participants are unavailable.

## IV.    CONCLUSION

Defendant Bean respectfully requests this Court reschedule the early mediation conference in light of the state holiday.

DATED this 25th day of August, 2020.

AARON D. FORD
Attorney General

By: /s/ Katlyn M. Brady
KATLYN M. BRADY (Bar No. 14173)
Deputy Attorney General

*Attorneys for Defendant*

## ORDER

The Court finds good cause to GRANT the motion.  IT IS HEREBY ORDERED that the Inmate Early Mediation scheduled for October 30, 2020 is **VACATED.** The Court will issue a separate order resetting the mediation.

DATED:  August 31, 2020.

_____
Daniel J. Albregts
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on August 25, 2020, I electronically filed the foregoing **DEFENDANT'S MOTION TO RESCHEDULE THE EARLY MEDIATION CONFERENCE (ECF NO. 9)** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

Anthony Bailey, #36192
High Desert State Prison
P.O. Box 650
Indian Springs, Nevada  89070
Email:  HDSP_LawLibrary@doc.nv.gov
*Plaintiff, Pro Se*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General