AARON D. FORD
  Attorney General
DAWN R JENSEN (Bar No. 10933)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., #3900
Las Vegas, Nevada 89101
(702) 486-0661 (phone)
(702) 486-3195 (fax)
Email: drjensen@ag.nv.gov

*Attorneys for Defendants*
*Jeremy Bean and Robert Rohan*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BAILEY,<br><br>           Plaintiff,<br><br>vs.<br><br>JEREMY BEAN *et al.*,<br><br>           Defendants. | Case No. 2:19-cv-01021-CDS-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Anthony Bailey, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Dawn R. Jensen, Deputy Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

///

The Parties have resolved this matter in its entirety and that the Court may accordingly close the case. Any outstanding deadlines are considered moot.

DATED April 15, 2022.                                    DATED April 15, 2022.

                                                         AARON D. FORD
                                                         Attorney General

_____                          /s/ *Dawn R. Jensen*
Anthony Bailey #36192                                    Dawn R Jensen, Bar No. 10933
High Desert State Prison                                 555 E. Washington Ave., Ste. 3900
P.O. Box 650                                             Las Vegas, Nevada 89101
Indian Springs, NV 89070                                 *Attorneys for Defendants*
*Plaintiff, Pro Se*

### ORDER

**IT IS SO ORDERED.** This matter is **DISMISSED WITH PREJUDICE** and the Clerk is directed to close the case.

DATED _____ this 16th day of May , 2022.

_____
UNITED STATES DISTRICT JUDGE